AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**

AUG 1 3 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>DELGADO, Enrique Jr.<br>YOB: 1996<br><br>*Defendant* | )<br>)<br>) Case No. M-19-1909-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  08/12/2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  21  U. S. C. § 846 841  KWG 8/13/19 , an offense described as follows:

Possession with Intent to Distribute a Controlled Substance approximately 4.5 Kilograms of Cocaine and 4.6 Kilograms of Methamphetamine, a Schedule II Controlled Substance.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Ivanna Cali
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-13-19

_____
Judge's signature

City and state:  McAllen, Texas

Magistrate Judge J. Scott Hacker
*Printed name and title*

ATTACHMENT I

On August 12, 2019, Drug Enforcement Administration (DEA) Agents were conducting a narcotics investigation at a residence located in Weslaco, TX, hereafter referred to as the TARGET RESIDENCE. At approximately 8:17PM agents observed a Brown Chevy pick-up truck bearing Texas license plate, LGX-0431, hereafter referred to as the TARGET VEHICLE, depart from the TARGET RESIDENCE.

At approximately 8:23PM, Hidalgo County Canine Deputy, Jaime Garcia conducted an independent probable cause traffic stop on the TARGET VEHICLE. Upon conducting the traffic stop, Deputy Garcia made contact with a male driver, Enrique DELGADO Jr.

Deputy Garcia conducted his roadside interview and deployed his K9, "Asha" to conduct a free air sniff on the outer perimeter of the TARGET VEHICLE. Asha positively alerted to the presence of narcotics emitting from inside of the TARGET VEHICLE.

A search of the TARGET VEHICLE by Deputy Garcia resulted in the finding of three (3) bricks of suspected cocaine wrapped in black tape (Approximately 3.5 kilograms) located inside the air box of the TARGET VEHICLE between the headlight and front right tire.

DEA Agents responded to the scene of the traffic stop and DEA Task Force Officer (TFO) Joseph Lucio, read DELGADO his Miranda Warnings in his preferred language of English, as witnessed by Hidalgo County Agent, David Sanchez. DELGADO waived his rights to an attorney and agreed to speak to agents. DELGADO admitted ownership of the three (3) kilograms of cocaine inside the air box of the TARGET VEHICLE and admitted to storing an additional three (3) kilograms of suspected narcotics at his residence located in San Benito, Texas.

DELGADO gave agents written consent to search his residence and guided agents to his residence where the remainder of the narcotics were being stored. Upon arrival to his residence, DELGADO led agents to the additional narcotics stored within his residence. Agents seized an additional 4 bricks of suspected narcotics.

Field tests were conducted on the 7 bricks of suspected narcotics, four (4) positively tested to the presence of cocaine and three (3) positively tested to the presence of methamphetamine. The seven (7) bricks had a combined weight of 9.1 kilograms.

On the same date, DEA Agents transported DELGADO to the DEA McAllen Office where he was re-read his Miranda Warnings. TFO Lucio once again read DELGADO his Miranda Warnings, and DELGADO agreed to speak with agents without the presence of his attorney as witnessed by SA Cali.

DELGADO admitted to storing and distributing kilograms of narcotics in return for compensation of $100.00 per brick.